# Court of Appeals
# of the State of Georgia

ATLANTA, November 29, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0598. BRANDON LARRY MITCHELL v. THE STATE.**

A jury found Brandon Larry Mitchell guilty of aggravated sodomy and aggravated child molestation, and the trial court entered the sentence on December 3, 2008. On May 20, 2009, Mitchell filed a motion for new trial. The trial court denied the motion, and Mitchell seeks to appeal this ruling. We, however, lack jurisdiction.

Although generally a motion for new trial extends the deadline for filing a notice of appeal, an untimely motion for new trial is void and does not extend the time for filing. See *Wicks v. State*, 277 Ga. 121 (587 SE2d 21) (2003). To be timely, a motion for new trial must "be made within 30 days of the entry of the judgment on the verdict."[1] OCGA § 5-5-40 (a). Here, judgment was entered on December 3, 2008, but Mitchell did not file a motion for new trial until May 20, 2009. Thus, the motion for new trial was untimely and did not extend the time for filing the notice of appeal. Under these circumstances, the appeal must be DISMISSED. See *Peters v. State*, 237 Ga. App. 625 (516 SE2d 331) (1999).

Because Mitchell is represented by counsel, he is informed of the following in accordance with *Rowland v. State*, 264 Ga. 872 (452 SE2d 756) (1995):

This appeal has been dismissed because of the failure to file a timely

---

[1] A defendant may obtain permission from the trial court to file an out-of-time motion for new trial, the denial of which may be appealed directly. See *Washington v. State*, 276 Ga. 655, 656 (581 SE2d 518) (2003). Here, however, the record does not show that Mitchell sought permission to file an out-of-time motion.

notice of appeal. If you still wish to appeal, however, you may request the trial court to grant an out-of-time appeal. If the trial court grants an out-of-time appeal, you will have 30 days from that grant in which to instigate an appeal. If the trial court denies your request for an out-of-time appeal, you may appeal that denial by filing a notice of appeal within 30 days of the denial. If you no longer wish to appeal your conviction, you need not do anything else.

The Clerk of Court is directed to send a copy of this order to Mitchell as well as to Mitchell's attorney, who is also directed to send a copy to Mitchell.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __11/29/2012__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ , *Clerk.*